**Ballard Spahr** LLP

2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
TEL 612.371.3211
FAX 612.371.3207
www.ballardspahr.com

Adam C. Ballinger
Tel: 612.371.6203
Fax: 612.371.3207
ballingera@ballardspahr.com

January 29, 2020

*Via ECF*

The Honorable Hildy Bowbeer
316 North Robert Street
632 Federal Building
St. Paul, MN 55101

Re:   *Fredin v. Miller, et al.*, Case No. 19-CV-3051 (SRN/HB)

Dear Magistrate Judge Bowbeer,

This firm, along with Kutak Rock, LLP, represents Grace Miller, Lindsey Middlecamp, and Catherine Schaefer in several lawsuits initiated by Brock Fredin in this Court. As of the date of this letter, Mr. Fredin has commenced ten separate civil cases in the United States District Court for the District of Minnesota[1] and has–so far–appealed the dismissal of one of those cases to the United States Court of Appeals for the Eighth Circuit[2].

On December 18, 2019, Mr. Breyer learned that Mr. Fredin had commenced another lawsuit against Defendants Miller, Middlecamp, and Schaefer arising out of certain harassment restraining orders issued by the Ramsey County District Court. On December 20, 2019, Mr. Breyer learned of Mr. Fredin's attempts to serve the summons relating to Defendants Middlecamp, Miller, and Schaefer in the case captioned *Fredin v. Miller, et al.*, Case No. 19-Cv-3051 on the offices of Kutak Rock LLP. In response, Mr. Breyer communicated to

---

[1] (i) *Fredin v. Middlecamp*, Case No. 17-03058, filed on July 18, 2017; (ii) *Fredin v. Miller, et al.*, Case No. 18-00466, filed on February 16, 2018; (iii) *Fredin v. Clysdale, et al.*, Case No. 18-00510, filed on February 22, 2018; (iv) *Fredin v. Halberg Criminal Defense, et al.*, Case No. 18-02514, filed on August 27, 2018; (v) *Fredin v. Olson, et al.*, Case No. 18-02911, filed on October 11, 2018; (vi) *Fredin v. City Pages, et al.*, Case No. 19-00472; (vii) *Fredin v. Street, et al.*, Case No. 19-02864, filed on November 8, 2019; (vii) *Fredin v. Miller*, Case No. 19-02907, filed on November 14, 2019; (ix) *Fredin v. Miller, et al.*, Case No. 19-3051, filed on December 9, 2019; and (x) *Fredin v. Halberg Criminal Defense, et al.*, Case No. 19-3068, filed on December 11, 2019.

[2] *Fredin v. Clysdale*, Case No. 19-01726 (8th Cir.)

The Honorable Hildy Bowbeer
January 29, 2020
Page 2

Mr. Fredin that he is not authorized to accept service on behalf of our clients and suggested a responsive briefing period to allow Defendants Miller, Middlecamp, and Schaefer to respond to another lawsuit by Mr. Fredin while alleviating Mr. Fredin from the rigors of personal service of the summons. Mr. Fredin failed to respond to this communication in any way. A true and correct copy of that email communication is attached hereto as **Exhibit A**.

On January 3, 2020, Mr. Fredin filed an affidavit of service under which he represented that Ms. Middlecamp, Ms. Schaefer, and Ms. Miller were served with a summons. [Docket No. 12]. Mr. Fredin's affidavit of service, however, discloses that he caused service to be made on a paralegal at the offices of Kutak Rock, LLP. Notwithstanding this representation–and as described above–neither my co-counsel Mr. Breyer of the Kutak Rock, LLP firm nor I were authorized to accept service of a summons on behalf of our clients.

A review of the docket in *Fredin v. Miller, et al.*, Case No. 19-CV-3051 discloses that–while Mr. Fredin has served Ms. Miller with a summons–Ms. Middlecamp and Ms. Schaefer have not been served. Counsel for Defendants Miller, Middlecamp, and Schaefer are now able to consent to accept service of the summons and complaint on behalf of each of those defendants. As a result, Defendants Miller, Middlecamp, and Schaefer respectfully request that the Court enter an order setting a briefing schedule for the presentation of motions to dismiss Case No. 19-CV-3051 on behalf of Defendants Miller, Middlecamp, and Schaefer with motions due from Defendants Miller, Middlecamp, and Schaefer on or before February 14, 2020.

Very truly yours,

BALLARD SPAHR LLP

*/s/ Adam C. Ballinger*

Adam C. Ballinger

cc:   Brock Fredin (via ECF)
      K. Jon Breyer (via ECF)

DMNorth #7122179 v1