| | |
|---|---|
| **From:** | Breyer, K. Jon <Jon.Breyer@KutakRock.com> |
| **Sent:** | Friday, December 20, 2019 1:23 PM |
| **To:** | brock fredin |
| **Cc:** | brockf12@gmail.com |
| **Subject:** | Fredin v. Street. et al. Case No. 19-CV-2864 / Fredin v. Miller Case No 19-CV-3051 |

Mr. Fredin,

You have attempted to serve the following pleadings on me as counsel to Lindsey Middlecamp, Catherine Schaefer and Grace Miller:

1. Summons and Amended Complaint (Fredin v. Street. et al. Case No. 19-CV-2864)
2. Summons and Complaint (Fredin v. Miller Case No. 19-CV-3051)

While I am counsel to Ms. Middlecamp, Schaefer, and Miller in other cases you have initiated and, therefore, can accept service for them in those cases, I am not authorized to accept service of these new cases without consent. If we can agree that the service date of the above pleadings is January 1, 2020, and that responses shall not be due until January 22, 2020, then I will accept service of these matters on their behalf. Please advise whether this is acceptable.

Thanks,
Jon

**K. Jon Breyer**                               **KUTAKROCK**

Kutak Rock LLP   60 South Sixth Street, Suite 3400 | Minneapolis, MN 55402-4018
d: 612.334.5057   o: 616.334.5000   jon.breyer@kutakrock.com

# EXHIBIT A

1