# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BROCK FREDIN,

                Plaintiff,

    --against--

GRACE ELIZABETH MILLER,
CATHERINE SCHAEFER,
LINDSEY MIDDLECAMP,
DAVID MIDDLECAMP,
PETER MAYER,
DAVID GREEN,
DORSEY AND WHITNEY,

                Defendants.

Case No. **19-CV-3051**

**MEET AND CONFER STATEMENT**

I, BROCK FREDIN, proceeding *pro se*, hereby certify that:

I met and conferred with opposing parties by:

1. On February 11, 2020 emailing Peter Lancaster and Karl Johann Breyer.  Receiving a response from both regarding the meet-and-confer.
2. Received a threat of criminal prosecution from Karl Johann Breyer on February 11, 2020.
3. Receiving a response from Mr. Lancaster and advising Mr. Lancster that I received a threat from Karl Johann Breyer.
4. Conducted no additional communication following Karl Johann's threat of criminal prosecution.

Discussing the following motion:

**<u>MOTION TO DISQUALIFY KARL JOHANN BREYER</u>**

 (name of motion discussed).

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

☑ Do **not** agree on the resolution of any part of the motion.

Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated: February 12-13, 2020

s/ Brock Fredin
Brock Fredin
Hudson, WI 54016
(612) 424-5512 (tel.)
brockf12@gmail.com
*Plaintiff, Pro Se*

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).