## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>                Plaintiff,<br><br>v.<br><br>Grace Elizabeth Miller, Catherine Schaefer, Lindsey Middlecamp, David Middlecamp, Peter Mayer, David Green, and Dorsey and Whitney,<br><br>                Defendants. | Case No.: 19-cv-03051-SRN-HB<br><br><br>**NOTICE OF APPEARANCE** |

_____

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD:

The undersigned attorney hereby notifies the Court and counsel that Adam C. Ballinger will appear as counsel of record for Grace Elizabeth Miller, Catherine Schaefer, Lindsey Middlecamp, and David Middlecamp in the above-referenced matter.

Dated:  February 13, 2020          **BALLARD SPAHR LLP**


                                                      By:  /s/ Adam C. Ballinger
                                                             Adam C. Ballinger (MN #0389058)
                                                      80 South Eighth Street
                                                      2000 IDS Center
                                                      Minneapolis, MN  55402
                                                      Telephone:  (612) 371-3211
                                                      ballingera@ballardspahr.com