UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin, | Civil File No. 19-cv-3051 (SRN/HB) |
| Plaintiff, | |
| vs. | **DORSEY DEFENDANTS'** <br> **NOTICE OF NO REPLY** |
| Grace Elizabeth Miller, et al., | |
| Defendants. | |

Pursuant to LR 7.1(c)(3)(A)(ii), Defendants Dorsey & Whitney LLP, David Green, and Peter Mayer hereby notify the Court that no reply will be filed as to their joint motion to dismiss, ECF No. 29.

Dated: February 24, 2020            DORSEY & WHITNEY LLP

By *s/ Eric R. Sherman*
   Peter M. Lancaster (#0159840)
   lancaster.peter@dorsey.com
   Eric R. Sherman (#0331430)
   sherman.eric@dorsey.com
   50 South Sixth Street, Suite 1500
   Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for Defendants Dorsey & Whitney LLP, David Green, and Peter Mayer*