# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>        Plaintiff,<br><br>v.<br><br>Grace Elizabeth Miller, Catherine Schaefer, Lindsey Middlecamp, David Middlecamp, Peter Mayer, David Green, and Dorsey & Whitney,<br><br>        Defendants. | Case No. 19-cv-3051 (SRN/HB)<br><br>**DECLARATION OF K. JON BREYER** |

I, K. Jon Breyer, declare as follows:

    1.    I am an attorney with the law firm of Kutak Rock LLP and counsel to Defendants in the above-captioned matter. I submit this affidavit in opposition to Plaintiff's Motion to Disqualify Counsel.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of the Order issued in St. Croix County Court, Case No. 18 CV 190, granting my *pro hac vice* admission. During the course of those proceedings George Singer, a lawyer licensed in Wisconsin, reviewed and signed the court filings, as well as attended the motion hearing.

    3.    Attached hereto as **Exhibit B** is an email dated February 11, 2020 to Plaintiff.

    4.    Until April 2018, I was an attorney employed by Ballard Spahr LLP ("Ballard"), which acquired the law firm of Lindquist & Vennum in January 2018.

5. I have never communicated with Michael Olafson and Mark Jacobson regarding Brock Fredin and I have never received any information from them regarding Fredin, including Plaintiff's email address or notice of deposition.

6. I have never communicated with Sergeant David McCabe or Sarah Nasset from the Saint Paul Police department.

7. Prior to February 19, 2020, I had never spoken to or communicated with Assistant Minnesota Attorney General Joseph Weiner about his request for sanctions against Fredin. Similarly, I have never spoken to or communicated with Ballard Spahr Counsel Leita Walker about the filing of her sanction motion on behalf of City Pages.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 27th day of February, 2020 at Minneapolis, Minnesota.

/s/K. Jon Breyer
K. Jon Breyer