# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Grace Elizabeth Miller,<br>Catherine Schaefer, Lindsey<br>Middlecamp, David Middlecamp,<br>Peter Mayer, David Green,<br>Dorsey and Whitney,<br><br>    Defendants. | Case No. 19-cv-3051 (SRN/HB)<br><br>**ORDER** |

Brock Fredin, 1180 7th Ave., Baldwin, WI 54002, pro se.

Adam C. Ballinger, Ballard Spahr LLP, 2000 IDS Center, 80 S. 8th St., Minneapolis, MN 55402; K. Jon Breyer, Kutak Rock LLP, 60 S. 6th St., Ste. 3400, Minneapolis, MN 55402, for Defendants Miller, Schaefer, L. Middlecamp, and D. Middlecamp.

Eric R. Sherman and Peter M. Lancaster, Dorsey & Whitney LLP, 50 S. 6th St., Ste. 1500, Minneapolis, MN 55402, for Defendants Mayer, Green, and Dorsey and Whitney

SUSAN RICHARD NELSON, United States District Judge

   This matter is before the Court on Plaintiff Brock Fredin's Letter Request [Doc. No. 95], seeking leave to file a motion for reconsideration.  Fredin asks the Court to reconsider its June 10, 2020 Order [Doc. No. 93], in which the Court granted Defendants' motions to dismiss.

   Local Rule 7.1(j) of this Court requires a party seeking reconsideration to first obtain permission to file such a motion.  D. Minn. L.R. 7.1(j).  A party may receive permission

only by showing "compelling circumstances." *Id.* Motions for reconsideration serve the limited purpose of "correct[ing] manifest errors of law or fact or . . . present[ing] newly discovered evidence." *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (quoting *Rothwell Cotton Co. v. Rosenthal & Co.*, 827 F.2d 246, 251 (7th Cir. 1987)).

Plaintiff has not established "compelling circumstances" necessary to obtain leave to file a motion for reconsideration. Accordingly, Plaintiff's Letter Request [Doc. No. 95] seeking leave to file a motion for reconsideration is **DENIED**.

To the extent that Plaintiff requests the recusal of the judges assigned to this case, his request is likewise **DENIED**.

**SO ORDERED**.

Dated:  June 12, 2020                              s/Susan Richard Nelson
                                                   SUSAN RICHARD NELSON
                                                   United States District Judge